IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT GRAUMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC., and VANTAGESCORE SOLUTIONS LLC,<br><br>                    Defendants. | Civil Action No. 2:20-cv-03152-ENV-AKT |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF TRANS UNION, LLC <u>WITHOUT PREJUDICE</u>**

Dated: January 15, 2021          **BURSOR & FISHER, P.A.**
                                 Philip L. Fraietta
                                 888 Seventh Avenue
                                 New York, NY 10019
                                 Telephone: (646) 837-7150
                                 Facsimile: (212) 989-9163
                                 Email:  pfraietta@bursor.com

                                 *Attorneys for Plaintiff*

                                 *[Additional counsel listed on signature page]*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Scott Grauman hereby dismisses, <u>without</u> prejudice, all claims against Trans Union, LLC <u>only</u>.

Dated: January 15, 2021    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Philip L. Fraietta_
Philip L. Fraietta

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7410
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Brittany S. Scott (*Pro Hac Vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: bscott@bursor.com

**BARBAT, MANSOUR, SUCIU & TOMINA PLLC**
Nick Suciu III (*Pro Hac Vice*)
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
E-Mail: nicksuciu@bmslawyer.com

*Attorneys for Plaintiff*