# CLARK HILL

Boris Brownstein
T (609) 785-2923
F (609) 785-2999
Email:bbrownstein@ClarkHill.com

Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
T (609) 785-2968
F (609) 785-2999

**clarkhill.com**

February 12, 2021

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **COURTESY COPY: Bundled papers regarding Equifax's Motion to Dismiss Plaintiff's First Amended Complaint**
**Grauman v. Equifax Information Services LLC, et al.**
**Case No. 2:20-cv-03152-ENV-AKT**

Dear Judge Vitaliano:

This firm represents Defendant Equifax Information Services LLC ("Equifax") in the above-captioned matter. Pursuant to Your Honor's individual motion practice rules and the Court's Order of October 19, 2020 regarding bundling, please find enclosed all papers related to Equifax's Motion to Dismiss Plaintiff's First Amended Complaint. The enclosed pleadings, which have been filed on ECF, include:

1. A Notice of Motion to Dismiss First Amended Complaint Served via email upon all counsel of record on December 11, 2020;

2. Defendant Equifax's Motion to Dismiss First Amended Complaint served via email upon all counsel of record on December 11, 2020;

3. Plaintiff's Opposition to Equifax's Motion to Dismiss served via email upon all counsel of record on January 15, 2021;

4. Defendant Equifax's Reply in Support of its Motion to Dismiss served via email upon all counsel of record on February 12, 2021.

Judge Eric N. Vitiliano
February 12, 2021
Page 2

                                                  Sincerely,

                                                  CLARK HILL PLC

                                                  Boris Brownstein

BB:mjf
Enclosures

cc:      Magistrate Judge A. Kathleen Tomlinson
          All Counsel of Record (via ECF)

CLARK HILL