

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**Shana E. Russo**
Direct Phone:  +1 609 514 5959
Email:  srusso@reedsmith.com

February 12, 2021

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Grauman v. VantageScore Solutions, LLC, et al.
       Case No. 2:20-cv-03152 ENV/AKT

**COURTESY COPY – Bundled papers regarding VantageScore Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint**

Dear Judge Vitaliano:

    This firm represents VantageScore Solutions, LLC ("VantageScore") in the above referenced matter.  Pursuant to Your Honor's individual motion practice rules and the Court's Order of October 19, 2020 regarding bundling, enclosed please find all papers related to VantageScore's Motion to Dismiss Plaintiff's First Amended Complaint.  The enclosed pleadings have been filed on ECF and include:

1. Notice of Motion to Dismiss Plaintiff's First Amended Complaint served via email upon all counsel of record on December 11, 2020;

2. Defendant VantageScore Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint served via email upon all counsel of record on December 11, 2020;

3. Plaintiff's Opposition to VantageScore Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint served via email upon all counsel of record on January 15, 2021; and

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino  ♦Office Administrative Partner  ♦  A Limited Liability Partnership formed in the State of Delaware

Judge Eric N. Vitaliano
February 12, 2021
Page 2



4. Defendant VantageScore Solutions, LLC's Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint served via email upon all counsel of record on February 12, 2021.

Respectfully submitted,

***/s/ Shana E. Russo***
Shana E. Russo

Enclosures

cc: Magistrate Judge A. Kathleen Tomlinson
Misty Peterson, Esq. (via ecf)
Allen Burton, Esq. (*via ecf*)