UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCOTT GRAUMAN, individually and on
behalf of all others similarly situated,

                                                 JUDGMENT

                   Plaintiff,                   20-cv-3152 (ENV) (AKT)

   v.

EQUIFAX INFORMATION SERVICES, LLC
and VANTAGESCORE SOLUTIONS, LLC,

                   Defendants.
------------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on July 16, 2021, granting defendants' motion to dismiss under Rule 12(b)(1); and dismissing the complaint without prejudice for lack of subject matter jurisdiction; it is

       ORDERED and ADJUDGED that defendants' motion to dismiss under Rule 12(b)(1) is granted and the complaint is dismissed without prejudice for lack of subject matter jurisdiction.

Dated: Brooklyn, New York                             Douglas C. Palmer
       August 2, 2021                                     Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                              Deputy Clerk